CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 23 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
AT HARRISONBURG

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | Criminal Number 5:09CR26 |
| v. ) | |
| ) | All in Violation of: |
| DANIEL W. PRESGRAVES ) | 18 U.S.C. §1001(a)(2) |

## COUNT ONE

The Grand Jury charges:

1. That on or about May 5, 2007, in the Western Judicial District of Virginia, in a matter within the jurisdiction of the Federal Bureau of Investigation, DANIEL W. PRESGRAVES knowingly and willfully made a false material representation to a Special Agent of the Federal Bureau of Investigation, in that DANIEL W. PRESGRAVES represented that the only inmates who worked at his residence actually worked for "RM", when in truth and fact, as DANIEL W. PRESGRAVES well knew, this representation was false.

2. All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL, this 23rd day of June, 2009.

_/s/_
FOREPERSON

_/s/ Julia C. Dudley_
UNITED STATES ATTORNEY