UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT CHARLOTTESVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action: 5:09CR00026 |
| | Date: 6/29/09 |
| vs. | Judge: B Waugh Crigler #1 |
| | Court Reporter: M. Bottiglieri, FTR |
| Daniel W Presgraves-#2 | Deputy Clerk: Michele Bottiglieri |
| Present/Custody | Probation Off.: Rob Harper |
| | Interpreter: |
| | Time in Court: 9:33-9:35 (2 minutes) |
| | Type of Hrg: **INIT APPEARANCE** |

## COUNSEL OF RECORD

USA Attorney: Tom Bondurant-#4, AUSA

Atty for Deft: ___ /CJA **X** /Ret ___ /None
Charles James-#3

Case Agent:

## WITNESSES

1.  
2.  

1.  
2.  

## INITIAL APPEARANCE

Indictment **X** or Complaint ___   Arrest Date: _____   Warrant: Y/N **Y** or For Cause Y/N **Y**

___ Adv. of Rights:   Immediate Request for continuance by defendant: _____
                     Hearing cont'd to _____

___ Motion to Unseal by Govt ___        Motion to Unseal Granted ___   Denied ___

**X** Identity:
       Admitted **X**   Stipulated ___   Evidence taken ___   Probable Cause Found ___

**X** Counsel:
       Present **X**   Without Counsel ___   Counsel requested prior to Initial Appearance ___
       Fin Affidavit filed ___   Request granted for CJA ___   Deft to retain counsel ___
       Hrg contd for deft to next app w/ counsel for IA ___   Bail ___   Dtn ___   Arrgn ___   Other ___

___ **PrelimHrg:** Waived Open Court ___   Prelim Held ___   PC Found Y/N **Y**   HrgReq ___   Set for _____

**X** Conds/Release and/or Detention:
       Govt Mtn for Dtn made ___   Opposed by Defts ___   Hrg set for _____ on
       Govt Mtn for cont of detn hrg (up to 3 days) ___   Deft Mtn for cont/det hrg (up to 5 days) ___
       Bond Set $_____ Cash ___   10% Corp Surety ___   Property ___   Mtn/Dtn Granted ___
       Conditions of Release or Reasons for Detention:

☐ 1) no viol law        ☐ 2) appear ct …      ☐ 3) remain residence
☐ 4) USPO supv          ☐ 5) no drugs         ☐ 6) urinalysis
☐ 7) no guns            ☐ 8) no dogs          ☐ 9) remain WDVA
☐ 10)                   ☐ 11)                 ☐ 12)
☐ 13)                   ☐ 14)                 ☐ 15)

Advised as to penalties/sanctions in open court **X**

___ **DEFT TO NEXT APPEAR** FOR _____ ON _____ BEFORE JUDGE _____

**ORDERS FORTHCOMING:**

CJA 20 ___   Bond **X**   Temp Dtn ___   Dtn Pending Trial ___   Notice ___   Other ___

Defendant present with retained counsel Charles James.
Defendant sworn.
DOB 1962
Defendant is advised of charges and penalties.

Arraignment and bond hearing to follow.

Defendant released on bond.